COMMUNITY HEALTH LAW PROJECT, ETC., ET AL. v. NEW
JERSEY DEPARTMENT OF COMMUNITY AFFAIRS.

September 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. CARL WORLOCK.

September 7, 1988.

Petition for certification granted.

STATE OF NEW JERSEY v. WILLIE JENKINS.

September 14, 1988.

Petition for certification is denied as not meeting the require-
ments for a grant of certification pursuant to *Rule* 2:12–4.  The
arguments of defendant also do not present substantial issues
for review because the merits of defendant's claim of taint
were specifically addressed in the opinion of the Appellate
Division on his direct appeal and were resolved adversely to
defendant's position.  (See 221 *N.J.Super.* 286)